There being in this record neither a statement of facts nor bills of exception, nor any legal showing why same are not here, the judgment will be affirmed.

## PATE v. STATE. (No. 12385.)

Court of Criminal Appeals of Texas. March 6, 1929.

N. W. Graham, of Ozona, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Assault with intent to murder is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

No sentence is found in the record. In the absence of a final judgment, the court is without jurisdiction to consider the appeal. It is therefore dismissed.